UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEGASYSTEMS INC., <br><br>          *Plaintiff*, <br>   v. <br><br> APPIAN CORPORATION, <br><br>          *Defendant*. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 23-CV-11776-LTS <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT APPIAN CORPORATION'S ASSENTED-TO
MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**

Defendant Appian Corporation ("Appian") hereby moves, pursuant to Fed. R. Civ. P. 6(b), that the Court extend the time within which Appian must filed its Answer to Plaintiff Pegasystems, Inc.'s ("Pegasystems") Amended Complaint (the "Amended Complaint"), up to and including February 20, 2024.  In support thereof, Appian states the following:

1. On January 5, 2024, this Court denied Appian's Motion to Dismiss the Amended Complaint.  Dkt. No. 32.

2. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Appian's response to the Amended Complaint is currently due on January 19, 2024.

3. Appian seeks a thirty (30) day extension of time to file its response to the Amended Complaint.

4. The thirtieth day from the current deadline falls on Sunday, February 18, 2024.  Monday, February 19, 2024 is the President's Day holiday.  Accordingly, Appian hereby seeks an enlargement of time to respond to the Amended Complaint to Tuesday, February 20, 2024.

5. Appian requires additional time to respond to the Amended Complaint due to the schedules of its lead counsel, including conflicting case-related deadlines on other matters and

vacation schedules that will make it difficult for Appian to file its response to the Amended Complaint by or shortly after the current deadline.

6. Pegasystems <u>assents</u> to the extension of time to Answer to Amended Complaint requested by this Motion. Pega informed Appian that it consented to the "extension as long as it doesn't impact the scheduling conference and related timing/deadlines."

7. Appian does not seek a continuance of the Initial Scheduling Conference set for February 7, 2024 at 11:00 AM, or any related deadlines. Dkt. No. 33. The Parties intend to comply with all such deadlines and appear at the Initial Scheduling Conference notwithstanding that Appian will not yet have filed its response to the Amended Complaint.

8. In the event the Court prefers to delay the Initial Scheduling Conference until after Appian has filed its response, Appian does not object to such a continuance; Appian understands from the above-quoted response that Pegasystems would object to such a continuance.

9. For the foregoing reasons, Appian respectfully asserts that there exists good cause for the requested extension of time. Fed. R. Civ. P. 6(b). Appian therefore requests an extension of time to respond to the Amended Complaint up to and including February 20, 2024.

Respectfully submitted,

**APPIAN CORPORATION**

<u>/s/ Timothy H. Madden</u>
Timothy H. Madden (BBO #654040)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
thm@dcglaw.com

-and-

Adeel A. Mangi (*pro hac vice*)
Jeffrey S. Ginsberg (*pro hac vice*)
Jonah M. Knobler (*pro hac vice*)
Clinton W. Morrison (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
amangi@pbwt.com
jknobler@pbwt.com
cmorrison@pbwt.com

Dated: January 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 12, 2024.

*/s/ Timothy H. Madden*
Timothy H. Madden