UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

------------------------------------------------------------------------------x

PEGASYSTEMS INC.,

    *Plaintiff/Counterclaim Defendant*,

v.

APPIAN CORPORATION,

    *Defendant/Counterclaim Plaintiff*.

Civil Action No. 23-cv-11776-LTS

------------------------------------------------------------------------------x

**APPIAN CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF ITS OPPOSITION TO PEGASYSTEMS INC.'S MOTION TO COMPEL**

Pursuant to Local Rules 7.1 and 7.2, Defendant/Counterclaim Plaintiff Appian Corporation ("Appian") respectfully requests that this Court permit Appian to file under seal its memorandum of law in support of its opposition to Pegasystems Inc's ("Pega's") Motion to Compel ("Opposition") as well as one accompanying exhibit, Exhibit 1, and to publicly file a redacted copy of the Opposition.

The Opposition and Exhibit 1 contain discussion of, references to, and quotations from materials designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order. *See* ECF 65.  Accordingly, Appian respectfully requests that the Court permit Appian to file under seal unredacted versions of the Opposition and Exhibit 1.  Appian will file on the public docket a redacted version of the Opposition on May 28, 2025, the deadline for the Opposition.

Pursuant to Local Rule 7.2, Appian proposes that the order to seal continue until such time that (a) the parties agree that the materials may be publicly disclosed; or (b) this Court rules that the materials are not exempt from public disclosure.

Appian will serve Pega with unredacted copies of these materials via email on May 28,

1

2025, contemporaneously with this filing. Unredacted copies of the Opposition and Exhibit 1 will be submitted to the Court upon allowance of this motion. Pega assents to this motion.

WHEREFORE, for the foregoing reasons, Appian respectfully requests that this Court grant this Motion.

Dated:   Boston, Massachusetts
         May 27, 2025

Respectfully submitted,

By:   /s/ Timothy H. Madden
Timothy H. Madden (BBO #654040)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
thm@dcglaw.com

-and-

Adeel A. Mangi *(pro hac vice)*
Muhammad U. Faridi *(pro hac vice)*
Nicole E. Jerry *(pro hac vice)*
Bonita L. Robinson *(pro hac vice)*
Linklaters LLP
1290 Avenue of the Americas,
New York, NY 10104
(212) 903-9000
(212) 903-9100 (fax)
adeel.mangi@linklaters.com
muhammad.faridi@linklaters.com
nicole.jerry@linklaters.com
bonita.robinson@linklaters.com

*Attorneys for Defendant/Counterclaim Plaintiff Appian Corporation*

3

**CERTIFICATE OF SERVICE**

      I, Timothy H. Madden, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Timothy H. Madden*
      Timothy H. Madden