**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PEGASYSTEMS INC.,

    *Plaintiff/Counterclaim-Defendant*,

    v.

APPIAN CORPORATION,

    *Defendant/Counterclaim-Plaintiff.*

Case No. 23-cv-11776-LTS

**PLAINTIFF/COUNTERCLAIM DEFENDANT PEGASYSTEMS INC.'S**
**FIRST MOTION TO DOWNGRADE APPIAN'S HIGHLY-CONFIDENTIAL**
**DESIGNATIONS**

Plaintiff/Counterclaim Defendant Pegasystems Inc. ("Pega") respectfully requests that the Court enter an order holding that the discovery material listed in Appendices A and B to this Brief is not properly designated by Appian Corporation ("Appian") as Highly Confidential pursuant to the terms of the Protective Order in this Action (Dkt. 65) or Federal Rule of Civil Procedure 26(c) and must be re-designated as Confidential.

As grounds for this motion, Pega relies on the accompanying memorandum of law, the declaration of Matthew D. LaBrie, and all the prior proceedings in this Action, and states as follows:

1.    Appian has designated as Highly Confidential key evidence in this Action, including more than 96% of the documents Appian produced and almost the entirety of the deposition transcripts of all of its employees and former employees.

2.    Pega previously proposed amending the Protective Order to allow two executives from each party to view discovery material designated as Highly Confidential as a means to

facilitate meaningful consideration of the costs and benefits of maintaining or resolving the Action. Appian refused to accept or propose any change to the Protective Order. Pega subsequently moved to amend the Protective Order; the Court denied the motion without prejudice and instructed the parties to seek de-designation on a document-by-document basis. Dkt. 638.

3. After conducting a page-by-page and document-by-document review, Pega requested Appian de-designate the majority of eight deposition transcripts and 91 documents which are exhibits to those transcripts. Appian agreed to de-designate approximately 20 pages of attorney conversation in one of the eight transcripts and 19 documents. Appian refused to de-designate the remainder of the transcripts or documents.

4. Pega's and Appian's final conferral on the issue was on April 2, 2026. The Parties are at an impasse. For the reasons set forth in its memorandum accompanying this motion, Pega requests that the Court enter an order as set forth in this motion.

WHEREFORE, for the foregoing reasons and those set forth in Pega's accompanying papers, Pega respectfully requests that the Court enter an order holding that the discovery material listed in Appendices A and B to this Brief are not properly designated by Appian as Highly Confidential pursuant to the terms of the Protective Order in this Action (Dkt. 65) or Federal Rule of Civil Procedure 26(c) and must be re-designated as Confidential.

Dated: April 8, 2026

Respectfully submitted,

PEGASYSTEMS INC.
*By its attorneys*,

 */s/ Matthew D. LaBrie*
R. David Hosp (BBO No. 634091)
Mark S. Puzella (BBO No. 644850)
Sheryl K. Garko (BBO No. 657735)
Matthew D. LaBrie (BBO No. 693698)
Katherine E. Kerrick (BBO No. 707966)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Tel: (617) 880-1800
Fax: (617) 880-1801
dhosp@orrick.com
mpuzella@orrick.com
sgarko@orrick.com
mlabrie@orrick.com
kkerrick@orrick.com

Peter Bicks (*pro hac vice*)
Wesley L. White (*pro hac vice*)
Paige Pavone (*pro hac vice*)
Olivia H. Clements (*pro hac vice*)
Lindsay M. Rindskopf (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-3670
Fax: (212) 506-5151
pbicks@orrick.com
wwhite@orrick.com
ppavone@orrick.com
oclements@orrick.com
lrindskopf@orrick.com

Avery Cartwright (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, California 90071
acartwright@orrick.com

Amanda E. Lack (*pro hac vice*)

3

ORRICK, HERRINGTON & SUTCLIFFE LLP
353 N. Clark Street, Suite 3600
Chicago, Illinois 60654
alack@orrick.com

Aaron Brecher (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
Tel: (206) 839-4300
Fax: (206) 839-4301
abrecher@orrick.com

Brendan McGuire (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 339-8400
Fax: (202) 339-8500
bmcguire@orrick.com

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)</u>

I, Matthew D. LaBrie, hereby certify pursuant to Local Rule 7.1(a)(2), that counsel for Pega conferred in good faith with counsel for Appian in an effort to resolve the issues raised by this motion, but were unable to do so.  I understand Appian intends to oppose the motion.

Dated: April 8, 2026                                          */s/ Matthew D. LaBrie*
                                                                              Matthew D. LaBrie

## CERTIFICATE OF SERVICE

I hereby certify that, on April 8, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.


Dated: April 8, 2026                                                            */s/ Matthew D. LaBrie*
                                                                                Matthew D. LaBrie