**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PEGASYSTEMS INC.,

*Plaintiff/Counterclaim-Defendant*,

v.

APPIAN CORPORATION,

*Defendant/Counterclaim-Plaintiff*.

Civil Action No.: 23-cv-11776 (LTS)

**APPIAN CORPORATION'S TRIAL BRIEF**

Pursuant to Paragraphs 3 and 6 of the Court's Order Setting Case for Trial (ECF No. 195) (the "Order") and Local Rule 16.5(F), Defendant/Counterclaim-Plaintiff Appian Corporation ("Appian") respectfully submits this Trial Brief. As set forth below, Appian addresses (i) motions *in limine* under Paragraph 6(a) of the Order; (ii) the jury trial materials required by Paragraph 6(b) of the Order; and (iii) Appian's objections to the pretrial disclosures of Plaintiff Pegasystems Inc. ("Pega"), which Paragraph 3 of the Order directs be presented in the parties' respective trial briefs.

## I. Motions *in Limine*

Paragraph 6(a) of the Order requires each party's trial brief to set forth "[m]otions in limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested." Appian is filing its omnibus motion *in limine*, with supporting authority, separately and contemporaneously with this Trial Brief.

## II. Jury Trial Materials

Paragraph 6(b) of the Order requires the following materials in cases to be tried by a jury. As this case will be tried before a jury, Appian submits each item below.

1. **Statement of the Case**. Paragraph 6(b)(i) of the Order requires "[a] succinct and neutral statement summarizing the principal claims and defenses of the parties to be read to the venire during empanelment." Appian's proposed statement of the case is attached as **Exhibit 1**.

2. **Potential Witnesses**. Paragraph 6(b)(ii) of the Order requires "[t]he names of all potential witnesses and the city in which the witnesses reside." Appian's list of potential witnesses, with each witness's city of residence, is attached as **Exhibit 2**.

3. **Proposed Voir Dire Questions**. Paragraph 6(b)(iii) of the Order requires "[a]ny proposed questions for the voir dire examination of the jury." Appian's proposed voir dire questions are attached as **Exhibit 3**.

4. **Requested Jury Instructions**. Paragraph 6(b)(iv) of the Order requires "[r]equests for instructions to the jury, with citation to supporting authority." Appian's requested jury instructions, with citations to supporting authority, are attached as **Exhibit 4**.

5. **Proposed Verdict Form**. Paragraph 6(b)(v) of the Order requires "[a]ny proposed interrogatories or special verdict form." Appian's proposed verdict form is attached as Exhibit 5.

## III. Appian's Objections to Pega's Pretrial Disclosures

Paragraph 3 of the Order requires the parties to serve objections to one another's pretrial disclosures, and provides that such objections, if not resolved, shall be presented in the parties' trial briefs. Appian timely served its objections on October 30, 2026, and the objections that remain unresolved following the parties' conference are set forth in the following exhibits:

**Exhibit 6**: Appian's List of Objections to Pega's Exhibits

**Exhibit 7**: Appian's List of Objections to Pega's Provisionally-Designated Exhibits

**Exhibit 8**: Appian's List of Objections to Pega's Deposition Designations

Appian further reserves all rights to object to counter-designations served by Pega in response to Appian's deposition designations.

Appian reserves the right to supplement or amend the foregoing materials as appropriate, including in light of the Court's rulings on motions *in limine* and at the Final Pretrial Conference.

Dated: November 11, 2026

By: <u>*/s/ Adeel A. Mangi*</u>

Adeel A. Mangi *(pro hac vice)*
Muhammad U. Faridi *(pro hac vice)*
Nicole E. Jerry *(pro hac vice)*
Bonita L. Robinson *(pro hac vice)*
Kendall R. Pauley *(pro hac vice)*
Nadav D. Ben Zur *(pro hac vice)*
LINKLATERS LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
(212) 903-9100 (fax)
adeel.mangi@linklaters.com
muhammad.faridi@linklaters.com
nicole.jerry@linklaters.com
bonita.robinson@linklaters.com
kendall.pauley@linklaters.com
nadav.benzur@linklaters.com

-and-

Lillian Childress *(pro hac vice)*
LINKLATERS LLP
601 13th St. NW, Suite 400
Washington, DC 20005
(202) 654-9200
(202) 654-9210 (fax)
lillian.childress@linklaters.com

-and-

Timothy H. Madden (BBO #654040)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
thm@dcglaw.com

*Attorneys for Defendant/Counterclaim-Plaintiff Appian Corp.*

**CERTIFICATE OF SERVICE**

I, Nicole E. Jerry, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Nicole E. Jerry*

Nicole E. Jerry